UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:11-cv-23689-Altonaga/Simonton

KENNETH P. SHAW, and individual;
and SHAW ROSE NETS, LLC,
a Florida limited liability company,

    Plaintiffs,

v.

BROAD AND CASSEL, a Florida general
partnership; BROAD AND CASSEL, P.A.,
a Florida professional association; MARK F.
RAYMOND, an individual; MARK F.
RAYMOND, P.A., a Florida professional
association; RHETT TRABAND, an
individual; RHETT TRABAND, P.A.,
a Florida professional association; and
JUANCARLOS SANCHEZ, an individual,

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Order Requiring Scheduling Report and Certificate of Interested Parties [DE 8] and rule 7.1 of the Federal Rules of Civil Procedure, the Defendants state as follows:

1.    *Corporate disclosure statement*.  There are no parent corporations or publicly held corporations owning more than 10 percent of the stock of any of the defendant professional associations.

2.    *Certificate of interested parties*.  The following persons and entities have a financial interest in the outcome of this case:

        Broad and Cassel, a Florida general partnership
        Broad and Cassel, P.A.

      Mark F. Raymond
      Mark F. Raymond, P.A.
      Rhett Traband
      Rhett Traband, P.A.
      Juancarlos Sanchez
      Insurers: A.F. Beazley Syndicate 2623/623 at Lloyd's, managed by Beazley Furlonge Ltd.; Faraday; Antares Syndicate 1274; and Ironshore.

      */s/ Pamela A. Chamberlin*
      Pamela A. Chamberlin
      Fla. Bar No. 444006
      pchamberlin@mitrani.com
      MITRANI, RYNOR, ADAMSKY
          & TOLAND, P.A.
      301 Arthur Godfrey Road
      Penthouse
      Miami Beach, Florida 33140
      Telephone: (305) 358-0050
      Fax: (305) 358-0550
      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2011, I electronically filed the foregoing document with the Clerk of Court via CM/ECF and that the foregoing document is being served this day on all counsel of record identified below in the manner specified:

Jeffrey D. Feldman, Esq.
jfeldman@feldmangale.com
Christopher P. Demetriades, Esq.
cdemetriades@feldmangale.com
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
Miami, Florida 33131
Telephone: (305) 358-5001
Fax: (305) 358-3309
*Attorneys for Plaintiffs*
*via CM/ECF*

      */s/ Pamela A. Chamberlin*